UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:19-CR-00154(3)-ADA |
| | § | |
| (3) MONIQUE DESHAYE STONUM | § | |

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE</u>**

Before the court is the above styled and numbered cause. On April 22, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (3) MONIQUE DESHAYE STONUM, which alleged that Stonum violated a condition of her supervised release and recommended that Stonum's supervised release be revoked (Clerk's Document No. 162). A warrant issued and Stonum was arrested. On June 13, 2025, Stonum appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Stonum appeared before the magistrate judge on July 1, 2025, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on July 2, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Stonum, the magistrate judge recommends that this court revoke Stonum supervised release and that Stonum be sentenced to imprisonment for TWENTY ONE (21) months, with no term supervised release to follow the term of imprisonment, and that she be given credit for the time she has already been in federal custody (Clerk's Document No. 176).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On July 1, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 175). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 176 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (3) MONIQUE DESHAYE STONUM's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (3) MONIQUE DESHAYE STONUM be imprisoned for TWENTY ONE (21) months with no term of supervised release, and she shall be given credit for the time she has already been in federal custody.

Signed this 3rd day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE